IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:22-CV-168-MOC-DSC

| KEITH J. FOSTER and JENNIFER G. FOSTER, | ) |  |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION TO STAY PENDING ARBITRATION** |
| BROWN HAVEN HOMES LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Stay Pending Arbitration. (Doc. 5). In their Joint Motion, the parties aver that they consent to refer this matter to binding arbitration. The parties request the Court to stay this action pending arbitration.

The Court **GRANTS** the Joint Motion and **STAYS** this action pending arbitration. This Order shall not prejudice any party's right to move to lift the stay at an appropriate time.

The parties shall file a status report ninety days from the date of this Order and each ninety days thereafter.

**SO ORDERED**.

Signed: October 7, 2022

David S. Cayer
United States Magistrate Judge